## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
*Philadelphia Division*

| | |
|---|---|
| IN RE:<br>HELEN K GAY<br><br>Freedom Mortgage Corporation,<br>    Movant<br><br>vs.<br><br>HELEN K GAY ,<br>    Debtor | Case No. 23-12178-mdc<br>Chapter 13 |

## WITHDRAWAL OF OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN

Freedom Mortgage Corporation ("Movant"), by and through its legal counsel, hereby withdraws its OBJECTION TO CONFIRMATION OF DEBTOR'S CHAPTER 13 PLAN filed on August 14, 2023, Doc # 12.

This 14th day of November, 2023.

*/s/ Matthew Fissel*
Andrew Spivack, PA Bar No. 84439
Matthew Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
*Philadelphia Division*

| | |
|---|---|
| IN RE: <br> HELEN K GAY | Case No. 23-12178-mdc <br> Chapter 13 |
| Freedom Mortgage Corporation, <br>     Movant | |
| vs. | |
| HELEN K GAY , <br>     Debtor | |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and exact copy of the foregoing Withdrawal of Objection to Confirmation of Debtor's Chapter 13 Plan has been electronically served or mailed, postage prepaid on this day to the following:

Via Electronic Notice:

BRAD J SADEK, Debtor's Attorney
1500 JFK Boulevard
Ste 220
Philadelphia, PA 19102
brad@sadeklaw.com


KENNETH E WEST, Bankruptcy Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Office of United States Trustee, US Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107


Via First Class Mail:

HELEN K GAY
1646 WARD STREET

MARCUS HOOK, PA 19061

Date: <u>November 15, 2023</u>

                                              <u>*/s/ Matthew Fissel*</u>
                                              Andrew Spivack, PA Bar No. 84439
Matthew Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com