**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Helen K Gay                                              CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 23-12178 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Freedom Mortgage Corporation and index same on the master mailing list.

                            Respectfully submitted,

/s/ **Mark A. Cronin**
Mark Cronin
20 Nov 2023, 16:13:14, EST

        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106-1532
        (215) 627-1322