UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| IN RE:<br><br>HELEN K. GAY<br><br>Debtor | Chapter 13<br>Case No. 23-12178-PMM |
| TEACHERS FEDERAL CREDIT UNION<br><br>Movant<br><br>v.<br><br>HELEN K. GAY<br>(Debtor)<br><br>KENNETH E. WEST<br>(Trustee)<br><br>Respondents | Ref. Dkt. Nos. 44 and 46 |

## CONSENT ORDER / STIPULATION AGREEMENT SETTLING MOTION FOR RELIEF FROM THE AUTOMATIC STAY

AND NOW, upon the Motion of Teachers Federal Credit Union ("Movant"), through its counsel, Orlans PC, for Relief from the Automatic Stay pursuant to Bankruptcy Code § 362 as to certain property, 2022 Kia Telluride (the "Property"), it is hereby agreed as follows:

Helen K. Gay ("Debtor") acknowledges that the post-petition arrearage is subsequent to 10/2023 as follows:

| | |
|---|---:|
| Payments (03/08/2024 @ $519.90 each) | $519.90 |
| Payments (04/08/2024 @ $694.80 each) | $694.80 |
| Attorney's fees/costs | $1,249.00 |
| Less Suspense | $0.00 |
| Total Post-Petition Arrears ("Arrears") | $2,463.70 |

1. Debtor shall cure the Arrears as set forth above by paying One-Fifth (1/5) of the Arrears per month ($410.62/month) for the next five (5) months and the last payment of the Arrears will be $410,58, with said payments to begin on May 15, 2024, and the regularly monthly payment of $694.78, to resume on May 8, 2024.  In the event the regular monthly payment changes for any reason, then the amount due pursuant to this paragraph shall be adjusted accordingly. Thereafter, Debtor agrees to continue making the regular monthly mortgage payments.

2. Debtor shall send all payments due directly to Creditor at the address below:

**Greenspoon Marder LLP**
**100 W. Cypress Creek Rd.**
**Suite 700**
**Fort Lauderdale, FL 33309**

3. In the event Debtor fails to make any of the payments set forth above on or before their due dates, Movant may give Debtor and Debtor's counsel notice of the default.  If Debtor does not cure the default within fifteen (15) days of the notice, upon Certification of Default to the Court, and request for Order, with a copy to Debtor and Debtor's counsel, Movant shall be entitled to the entry of an Order granting it relief from the automatic stay.

4. The failure by the Movant, at any time, to file a Certification of Default upon default by the Debtor, shall not act as a waiver of any of Movant's rights hereunder.

5. Upon issuance of the aforesaid Order, the parties hereto further agree that Movant may proceed in state court to exercise all rights and remedies available to it as a mortgagee and creditor under state and federal law including, but not limited to, the initiation of and continuation of repossession/replevin and/or collections.

6. In the event Debtor converts this case to any other chapter of Title 11 of the U.S. Bankruptcy Code then Debtor shall pay all pre-petition arrears and post-petition arrears within 10 days from the date of conversion.  If Debtor fails to make payments in accordance with this paragraph then the Movant, through Counsel, may file a Certification of Default to the Court, setting forth said failure and Movant shall be granted relief from the automatic stay.

7. It is further agreed that, in the event the stay is lifted, the 14-day stay provided by Rule 4001(a)(3) is hereby waived.

8. The undersigned parties request that the Court enter an Order approving this Consent Order/Stipulation and the terms therein.

Seen and agreed by the parties on the date set forth below:

Date: _May 21, 2024_____

Approved as to form and content:

/s/ LeeAne O. Huggins
Kenneth E. West
Chapter 13 Trustee
P.O. Box 40837
Philadelphia, PA 19107

/s/ Brad J. Sadek
Brad J. Sadek
Attorneys for Debtor
1500 JFK Boulevard, Ste 220
Philadelphia, PA 19102
Email: brad@sadeklaw.com

Date:  May 21, 2024

Respectfully Submitted,

/s/ Michael H. Kaliner
Michael H. Kaliner, Esq. PA 28747
Orlans PC
Attorney for Teachers Federal Credit Union
200 Eagle Road, Bldg 2, Suite 120
Wayne, PA 19087
(484) 367-4191
Email: mkaliner@orlans.com
File Number: 24-002955


        AND NOW, this _____ day of May, 2024, it is hereby ORDERED that this Stipulation Agreement between the parties is hereby approved.

_____

Honorable Patricia M. Mayer

U.S. Bankruptcy Judge