UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| IN RE:<br><br>HELEN K. GAY<br><br>Debtor | Chapter 13<br>Case No. 23-12178-PMM |
| TEACHERS FEDERAL CREDIT UNION<br><br>Movant<br><br>v.<br><br>HELEN K. GAY<br>(Debtor)<br><br>KENNETH E. WEST<br>(Trustee)<br><br>Respondents | |

### ORDER TERMINATING AUTOMATIC STAY

AND NOW, this 31st day of July, 2024, upon consideration of the Motion for Relief from Automatic Stay filed by Teachers Federal Credit Union, the Stipulation Order and Certification of Default, it is hereby ORDERED, ADJUDGED, and DECREED that:

1. The Motion is GRANTED.

2. The automatic stay imposed by 11 U.S.C. § 362(a) is hereby modified for purposes of permitting the Movant to proceed and continue to levy and sell the 2022 Kia Telluride VIN No. 5XYP6DHC7NG212530 to levy and sell the Vehicle, and to pursue its remedies under state law in connection with the loan documents.

3. The time period specified in Fed. R. Bankr. P. 4001(a)(3) is waived to allow Teachers Federal Credit Union to immediately liquidate the Vehicle.

4. This grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

BY THE COURT:

*Patricia M. Mayer*

**Date: July 31, 2024**

Judge Patricia M. Mayer
U.S. BANKRUPTCY COURT