IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| Helen K. Gay | : | Chapter 13 |
| | : | |
| | : | Case No. 23-12178-pmm |
| Debtor | : | |

**O R D E R**

AND NOW, upon consideration of the Debtor's Praecipe to Voluntarily Dismiss Bankruptcy Case, and after notice and an opportunity to be heard, it is hereby

ORDERED and DECREED that the Debtor's chapter 13 case is **DISMISSED**.

Date: **August 21, 2024**

_____
HONORABLE PATRICIA M. MAYER
UNITED STATES BANKRUPTCY JUDGE