United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-12178-pmm |
| Helen K Gay | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 21, 2024 | Form ID: pdf900 | Total Noticed: 34 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^            Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Helen K Gay, 1646 Ward Street, Marcus Hook, PA 19061-4244 |
| 14805123 | + | Freedom Mortgage Corp., c/o Mario Hanyon, Esq., 3825 Forrestgate Drive, Winston Salem, NC 27103-2930 |
| 14832890 | + | Freedom Mortgage Corporation, c/o Mark Cronin,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14863450 | + | Teachers Federal Credit Union, c/o Michele M. Bradford, Esq, 200 Eagle Road, Ste 120, Wayne, PA 19087-3115 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Aug 22 2024 00:26:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | Aug 22 2024 00:26:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14816948 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 22 2024 00:29:00 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14801000 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 22 2024 01:01:07 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, Po Box 790040, St Louis, MO 63179-0040 |
| 14818128 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 22 2024 00:29:03 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14801001 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 22 2024 00:27:29 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14819476 | + | Email/Text: Bankruptcy@Freedommortgage.com | Aug 22 2024 00:26:00 | Freedom Mortgage / Attn: Bankruptcy Department, 10500 Kincaid Drive, Fishers, IN 46037-9749 |
| 14804710 | + | Email/Text: EBN@brockandscott.com | Aug 22 2024 00:26:00 | Freedom Mortgage Corporation, C/O Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 14801002 | + | Email/Text: Bankruptcy@Freedommortgage.com | Aug 22 2024 00:26:00 | Freedom Mortgage Corporation, Attn: Bankruptcy, 907 Pleasant Valley Ave, Ste 3, Mt Laurel, NJ 08054-1210 |
| 14832738 | ^ | MEBN | Aug 22 2024 00:12:35 | Freedom Mortgage Corporation, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14804711 | + | Email/Text: Bankruptcy@Freedommortgage.com | Aug 22 2024 00:26:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14801003 | + | Email/Text: Bankruptcy@ICSystem.com | Aug 22 2024 00:26:00 | IC Systems, Inc, Attn: Bankruptcy, Po Box 64378, |

Case 23-12178-pmm   Doc 73   Filed 08/23/24   Entered 08/24/24 00:32:26   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 21, 2024 | Form ID: pdf900 | Total Noticed: 34 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | St. Paul, MN 55164-0378 |
| 14819791 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 22 2024 00:26:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14800999 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 22 2024 00:42:25 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 14808775 | + | Email/Text: RASEBN@raslg.com | Aug 22 2024 00:26:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14818471 | | Email/Text: BNCnotices@dcmservices.com | Aug 22 2024 00:26:00 | Jefferson Health, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14815435 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 22 2024 00:28:10 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14801688 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 22 2024 00:26:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14801004 | + | Email/Text: bankruptcy1@pffcu.org | Aug 22 2024 00:26:00 | Police & Fire FCU, Attn: Bankruptcy, 901 Arch St, Philadelphia, PA 19107-2495 |
| 14806109 | + | Email/Text: bankruptcy1@pffcu.org | Aug 22 2024 00:26:00 | Police & Fire Federal Credit Union, 1 Greenwood Square, 3333 Street Road, Bensalem, PA 19020-2022 |
| 14801005 | + | Email/Text: bankruptcy1@pffcu.org | Aug 22 2024 00:26:00 | Police &fire, 901 Arch Street, Philadelphia, PA 19107-2404 |
| 14818247 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 22 2024 00:29:03 | Synchrony Bank, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14801006 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 22 2024 00:45:10 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14801007 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 22 2024 00:28:55 | Synchrony Bank/Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14801008 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 22 2024 00:43:13 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14801009 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 22 2024 00:27:28 | Synchrony Bank/Sams Club, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14801010 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 22 2024 00:27:28 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14801011 | | Email/Text: Bankruptcy@teachersfcu.org | Aug 22 2024 00:26:00 | Teachers Federal Credit Union, PO Box 9005, Smithtown, NY 11787-9005 |
| 14801528 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Aug 22 2024 00:29:08 | U.S. Department of Housing and Urban Development, 100 Penn Square East, 11th Floor, Philadelphia, PA 19107 |
| 14817816 | + | Email/PDF: ebn_ais@aisinfo.com | Aug 22 2024 00:27:30 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Aug 21, 2024 | Form ID: pdf900 | Total Noticed: 34

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2024      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com  wbecf@brockandscott.com |
| BRAD J. SADEK | on behalf of Debtor Helen K Gay brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com;documents@sadeklaw.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARIO J. HANYON | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| MATTHEW K. FISSEL | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  matthew.fissel@brockandscott.com |
| MICHAEL H KALINER | on behalf of Creditor Teachers Federal Credit Union mhkaliner@gmail.com  pa35@ecfcbis.com |
| MICHELE M. BRADFORD | on behalf of Creditor Teachers Federal Credit Union PABKAttorneyecf@orlans.com |
| SARAH K. MCCAFFERY | on behalf of Creditor Teachers Federal Credit Union smccaffery@pincuslaw.com  ckohn@hoflawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 10

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | : | |
| Helen K. Gay | : | Chapter 13 |
| | : | |
| | : | Case No. 23-12178-pmm |
| Debtor | : | |

**O R D E R**

AND NOW, upon consideration of the Debtor's Praecipe to Voluntarily Dismiss Bankruptcy Case, and after notice and an opportunity to be heard, it is hereby

ORDERED and DECREED that the Debtor's chapter 13 case is **DISMISSED**.

Date: **August 21, 2024**

_____
HONORABLE PATRICIA M. MAYER
UNITED STATES BANKRUPTCY JUDGE